Submitted on record and briefs January 30, affirmed March 8, 2006

AMIT KISHORE,
*Respondent,*

*v.*

STATE OF OREGON,
*Appellant.*

C041925CV; A126302

131 P3d 197

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-In-Charge, filed the brief for appellant.

Michael R. Levine filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *Gonzalez v. State of Oregon*, 191 Or App 587, 83 P3d 921, *rev allowed*, 337 Or 247 (2004).